UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DALTON,<br><br>                               Plaintiff,<br><br>    - against -<br><br>BOREDOM THERAPY LLC<br><br>                               Defendant. | Docket No. 1:18-cv-4735<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Michael Dalton ("Dalton" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Boredom Therapy LLC ("Boredom" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of a hoarder's mom's home, owned and registered by Dalton, a New York based professional photographer. Accordingly, Dalton seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Dalton is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 19 Buckeye Drive, Old Bridge, New Jersey 08857.

6. Upon information and belief, Boredom is a domestic limited liability company duly organized and existing under the laws of the State of New York, with a place of business at 349 5th Avenue, New York, New York 10016. Upon information and belief, Boredom is registered with the New York Department of Corporations to do business in New York. At all times material, hereto, Boredom has owned and operated a website at the URL: www.BoredomTherapy.com (the "Website").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photograph

7. Dalton photographed a hoarder's mom's home (the "Photograph"). A true and correct copy of the Photograph are attached hereto as Exhibit A.

8. Dalton is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10. The Photograph is registered with the United States Copyright Office and was given registration number VA 2-103-236.

### B. Defendant's Infringing Activities

11. Boredom ran an article on the Website entitled *Police Find Something Disturbing Inside A Hoarder's Home…But Did She Even Know It Was There?*. See

http://boredomtherapy.com/hoarder-sister/. The article prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit B.

12. Boredom did not license the Photograph from Plaintiff for its article, nor did Boredom have Plaintiff's permission or consent to publish the Photograph on its Website.

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST BOREDOM)
## (17 U.S.C. §§ 106, 501)

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Boredom infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Boredom is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Boredom have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Boredom be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded pre-judgment interest; and

5. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
May 30, 2018

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
    Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York
Tel: 516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Michael Dalton*