

July 30, 2018

<u>BY E-FILING</u>
Hon. Barbara Moses
United States Magistrate Judge
United States District Courthouse
500 Pearl Street, Courtroom 20A
New York, New York 10007

   Re: <u>**Dalton v. Boredom Therapy LLC**
     **18 Civ. 4735 (KBF)(BCM)**</u>

Dear Judge Moses:

  We represent Defendant Boredom Therapy LLC ("Defendant") in the above-referenced action.

  We write to respectfully request an extension of time, to August 10, 2018, for Defendant to answer, move, or otherwise respond to Plaintiff Michael Dalton's Complaint (ECF No. 1). We have been only recently retained and we are just getting up to speed on the case. Plaintiff, by his counsel, has consented to this extension, which will not affect any other scheduled dates.

  This is the first such request for an adjournment. We thank the Court for its consideration of this matter.

         Respectfully submitted,

         /s/ Gerry Silver

         Gerry Silver, Esq.


cc: Richard Liebowitz, Esq., Counsel for Plaintiff