UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————— X

MICHAEL DALTON,                            :
                                           :     Docket No. 1:18-cv-4735
                          Plaintiff,       :
                                           :     RULE 7.1 STATEMENT
               -against-                   :
                                           :
BOREDOM THERAPY LLC,                       :
                                           :
                          Defendant.       :
                                           :
————————————————————— X

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Boredom Therapy LLC (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party that are publically held.

Dated:      New York, New York
           August 10, 2018

                    Respectfully Submitted,

                    SULLIVAN & WORCESTER LLP

                    By:  /s/ Gerry Silver_____
                       Gerry Silver, Esq.
                       1633 Broadway
                       New York, NY  10019
                       (T) (212) 660-3096
                       (F) (212) 660-3001
                       gerry.silver@sandw.com

                       Attorneys for Defendant