UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Dalton               Plaintiff,<br><br>- against -<br><br><br>Boredom Therapy, LLC<br><br>                          Defendant. | Docket No. 1:18-cv-04735-PKC-BCM |

### NOTICE OF APPEARANCE OF JOSEPH DUNNE

To the Clerk of this Court and all parties of record:

   Please enter my appearance as counsel in the above captioned case on behalf of the plaintiff, Michael Dalton. I certify that I am admitted to practice in this Court.


Dated: Valley Stream, New York
         September 24, 2018             LIEBOWITZ LAW FIRM, PLLC

                                        By: /s/Joseph A. Dunne
                                        Joseph A. Dunne (JD0674)
                                        11 Sunrise Plaza, Suite 305
                                        Valley Stream, NY 11580
                                        Tel: (516) 233-1660
                                        JD@LiebowitzLawFirm.com

                                        *Attorneys for Plaintiff*