UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――― X
MICHAEL DALTON,                              :
                                             :   Docket No. 1:18-cv-4735
            Plaintiff,                       :
                                             :
      -against-                              :   **NOTICE OF APPEARANCE**
                                             :
BOREDOM THERAPY LLC,                         :
                                             :
            Defendant.                       :
                                             :
―――――――――――――――――――――――――――― X


TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for defendant Boredom Therapy LLC.  I certify that I am admitted to practice before this Court.


Dated: New York, New York
      September 24, 2018

                              /s/Barron M. Flood
                              Barron M. Flood

                              Sullivan & Worcester, LLP
                              1633 Broadway
                              New York, New York 10019

                              Telephone: (212) 660-3000
                              Facsimile: (212) 660-3001
                              Email: bflood@sandw.com