UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL DALTON,

                Plaintiff,                18-cv-4735 (PKC)

    -against-                      ORDER

BOREDOM THERAPY LLC,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

    The October 17, 2018 conference is VACATED.

    SO ORDERED.

                                              P. Kevin Castel
                               United States District Judge

Dated:  New York, New York
          September 25, 2018