UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/18

MICHAEL DALTON,

      Plaintiff,

-against-

BOREDOM THERAPY LLC,

      Defendants.

18-CV-4735 (PKC) (BCM)

**MEDIATION REFERRAL ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

It is hereby ORDERED that this case is referred to the Court-annexed Mediation Program, pursuant to Local Civil Rule 83.9(e)(3). The mediation should take place between November 1 December 1, 2018, before a mediator specializing in copyright cases.

The parties are notified that Local Civil Rule 83.9 and the Mediation Program Procedures, available on the Court's website at http://www.nysd.uscourts.gov/mediation, shall govern the mediation. The mediation will have no effect upon any scheduling order issued by the Court.

Dated: New York, New York
      September 27, 2018

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**